IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA DONTAE CUMMINGS　　　　　　　　　　　　　　PLAINTIFF
ADC #172826

v.　　　　　　　　No. 4:24-cv-941-DPM

CUMMINS UNIT, Food Service,
Arkansas Dept. of Corrections;
CLARK, Kitchen Captain, Food
Supervisor, Cummins Unit;
GARY MUSSELWHITE,
DHO/Warden, Cummins Unit;
JIMMY COLEMAN, Major, Chief
of Security, Cummins Unit;  and
ROBERT PIERCE, Deputy/Assistant
Warden, Cummins Unit　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

1.　The Court withdraws the reference.

2.　Notice of voluntary dismissal, *Doc. 12*, noted. Cummings's complaint will be dismissed without prejudice. He remains responsible for the filing fee. 28 U.S.C. § 1915(b)(1). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr*
D.P. Marshall Jr.
United States District Judge

16 January 2025