IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA DONTAE CUMMINGS
ADC #172826                                                                                    PLAINTIFF

v.                                    No. 4:24-cv-941-DPM

CUMMINS UNIT, Food Service,
Arkansas Dept. of Corrections;
CLARK, Kitchen Captain, Food
Supervisor, Cummins Unit;
GARY MUSSELWHITE,
DHO/Warden, Cummins Unit;
JIMMY COLEMAN, Major, Chief
of Security, Cummins Unit;   and
ROBERT PIERCE, Deputy/Assistant
Warden, Cummins Unit                                                                        DEFENDANTS

JUDGMENT

Cummings's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 January 2025